UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HOANG QUANG TRUONG, | |
| Plaintiff, | |
| | CIVIL ACTION NO. |
| VS. | |
| | 3:08-CV-0049-G |
| NATHANIEL QUARTERMAN, Director, | |
| Texas Department of Criminal Justice, | ECF |
| Correctional Institutions Division, | |
| ET AL., | |
| Defendants. | |

## ORDER

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are **OVERRULED**, and the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

March 26, 2008.

A. JOE FISH
**Senior United States District Judge**